# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 07-0026-CG-C** |
| | ) | |
| **CITY OF MOBILE, and** | ) | |
| **COMPASS BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiff in this matter was ordered by Magistrate Judge Cassady to pay the filing fee of $350 or file an amended motion to proceed without prepayment of fees on or before May 10, 2007. (Doc. 3).  The undersigned judge later extended that deadline to November 16, 2007. (Doc. 8).  Plaintiff was warned that "failure to comply with this order by November 16, 2007 will result in this case being dismissed." (Doc. 8).  To date, plaintiff has not paid the filing fee or filed an amended motion to proceed without prepayment of fees.  Accordingly, plaintiff's case is hereby **DISMISSED** for failure to comply with this court's orders.

**DONE and ORDERED** this 26th day of November, 2007.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE